**Motion Granted; Dismissed and Memorandum Opinion filed January 9, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00868-CV

## IN RE MICHAEL SMITH, A BURN VICTIM IN AIR LIQUIDE EXPLOSION/FIRE

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-36973**

## M E M O R A N D U M   O P I N I O N

Appellants, Air Liquide America Specialty Gases, LLC, and its current and former employees William Morgan, Raymond Rodriguez, Wally Mercado, Donna Ables, Shane DeCoux, and Susan Amodeo-Cathey, filed this appeal from the trial court's September 19, 2013, order granting Michael Smith's petition to take pre-suit depositions. *See* Tex. R. App. P. 202.1 (permitting pre-suit depositions "to perpetuate or obtain the person's own testimony or that of any other person for use in an anticipated suit" and "to investigate a potential claim or suit").

On December 30, 2013, appellants filed a motion to dismiss the appeal, stating that Michael Smith has now filed suit asserting claims arising out of the incident on which his petition for pre-suit depositions had been based. *See* Tex. R. App. P. 42.1. Because Smith has filed suit, there is no longer "an anticipated suit" or a "potential claim." *See* Tex. R. App. P. 202.1. Accordingly, the sole issue in the appeal has become moot. *See Camarena v. Texas Employment Comm'n*, 754 S.W.2d 149, 151 (Tex. 1988).

We grant appellants' motion and order the appeal dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Wise.